IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Jodie D. Segura,

      Plaintiff,

v.

                                  CIVIL ACTION NO. 19 CV 01671

White Lodging Services Corporation,

      Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, White Lodging Services Corporation, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney's fees awarded to any party.

Respectfully submitted this 6th day of February, 2020.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| By: s/Shannon D. McDonald | By: s/Jesse R. Dill |
| Shannon D. McDonald | Jesse R. Dill. |
| SBN: 1036954 | SBN: 1061704 |
| McDonald & Kloth, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| N96W18221 County Line Rd. | Pabst Boiler House |
| Suite 200 | 1243 N. 10th St., Suite 200 |
| Menomonee Falls, WI 53051 | Milwaukee, WI 53205 |
| 262.252.9122 (Main) | 414-239-6400 (Main) |
| 414.395.8774 (Fax) | 414-755-8289 (Fax) |
| sdm@themklaw.com | jesse.dill@ogletree.com |